# United States Court of Appeals
## For the First Circuit

---

No. 04-2203

UNITED STATES OF AMERICA,

Appellee,

v.

JASON BOURGEOIS,

Defendant, Appellant.

---

ERRATA

The unpublished opinion issued on April 18, 2005 is amended as follows:

On page 2, lines 10, 14 and 18 and on page 4, line 2, "Bourgeios" should be corrected to read "<u>Bourgeois</u>".